IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLOS GUTIERREZ-NARANJO,
    Petitioner

v.

UNITED STATES OF AMERICA,
    Respondent

**AFFIDAVIT IN SUPPORT OF § 2255 MOTION**

I, Carlos Gutierrez-Naranjo, depose and state under penalty of perjury, pursuant to 28 U.S.C. § 1746 the following statements of fact and belief:

1. I have been informed that two boats, described in the Petition, have been taken from the marina. I have not had any part in removing these boats and I am assuming that they have been seized by the United States Government. These boats have an aggregate value, I believe, of approximately $70,000.

2. To my understanding of what I was doing, there was no one who took any direction from me. Any "instructions" that I am heard to give, and any instructions that I did give, were all of the nature of advice or an expression that things were ready on my side or the limits to what I could do.

3. Despite my representations to counsel that I did not consider myself to be a boss, but rather a supplier, to customers. I believe this fact is borne out by the tape recordings.

                              Further Your Deponent Says Not,

                              */s/ Carlos Gutierrez-Naranjo*
                              Carlos Gutierrez-Naranjo