Original

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

————————————————————X

UNITED STATES OF AMERICA,

   V.                              NO.:97-cr-0271(H)

CARLOS GUTIERREZ-NARANJO,

       Defendant.

————————————————————X

MOTION TO ISSUE MANDAMUS
FOR THE RETURN OF PROPERTY
PURSUANT TO §1361

    Comes Now, defendant pro se, at FCI Fort Dix, NJ., files this motion to issue mandamus to the government for return of property for failing to comply completely with §1607(a) 19 U.S.C.

    A separate memorandum in support is attached.

                              Respectfully submitted,

                              Carlos Gutierrez-Naranjo
                              #31804-039
                              FCI Fort Dix
                              P.O. box 2000
                              Fort Dix, NJ 08640
                              Bldg.5751E

May 21, 2007.