## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>    v.<br><br>**CARLOS GUTIERREZ-NARANJO,**<br>    Defendant. | **Criminal No. 97-0271 (GAG)** |

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO HAVE PERSONAL PROPERTY RETURNED

TO THE HONORABLE COURT:

COMES NOW the United States of America, through the undersigned attorneys, and very respectfully states and prays as follows:

1.  On May 29, 2007, the defendant, Carlos Gutierrez-Naranjo, filed a Motion to Have Personal Property Returned. The defendant requests the return of properties allegedly seized by the Federal Bureau Investigation (FBI) at the time of the defendant's arrest on July, 19, 2003.

2.  In order to adequately respond to the defendant's motion, the government is in the process of locate all of the information related to this case. Therefore, the United States hereby requests an extension of time of thirty (30) to respond to the defendant's motion.

WHEREFORE, the United States respectfully requests an extension of time of thirty (30) days to respond to the defendant's Motion to Have Personal Property Returned.

**United States Motion for Extension of Time**
**US v. Carlos Gutierrez-Naranjo**
**97-0271 (GAG)**
**Page no. 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this $5^h$ day of , 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent by regular mail notification of such filing to **Carlos Gutierrez-Naranjo**, Reg. No. 30804-030, FCI Fort Dix, P.O. Box 2000 Fort Dix, NJ 08640.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on this 5th day of June, 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney


*s/ Aramis G. Ríos*
Aramis G. Ríos
USDC No.219807
United States Attorney's Office
Chardón Tower, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-5398
Email: aramis.rios@usdoj.gov