# Party Details

**Asset ID:** 98-FBI-000613   **Seizure No:** 3800980051   **Case No:** 2
**Asset Description:** 1992 APACHE (RACING VESSEL)

### Party Information

**Party ID:** 294870   **✱ Business:** ○ Yes ● No   **Title:**

**✱ Start:** 12/11/1997   **End:**
**✱ Name:** Gutierrez-Naranjo, Carlos
**✱ Address:** Isleta Marina Tower 11, Apt. 3F

**✱ City:** Fajardo   **State:** PR|Puerto Rico   **Zip:** (
**✱ Country:** USA|United States of America   **Phone:**

**Contact Name:**
**Contact Title:**   **Contact Phone:**

**✱ Party Type(s):** Owner   **✱ Party Identified Date:** 12/11/1997
Seized From   **Seizure Date:** 12/11/1997
**Notice Due Date:**
**Claim Deadline Date:** 03/21/1998
**✱ Notice Status:** Unable to Notice-Other

**Address Entry Date:**

### Quick Release Information

**✱ Quick Release Recipient:** ○ Yes ● No   **Quick Release Date:**   **Expense Reimbursed Amc**

### Other Party Information and Comments

**SSN/TIN:**
**Language:**
**Party Comments:**

(252 character limit)

GOVERNMENT EXHIBIT 1

## Party Details

| | | |
|---|---|---|
| **Asset ID:** 98-FBI-000600 | **Seizure No:** 3800980050 | **Case No:** 2 |
| **Asset Description:** BAYLINER MOTORBOAT | | |

### Party Information

| | | |
|---|---|---|
| **Party ID:** 294870 | **\* Business:** ○ Yes ● No | **Title:** |
| **\* Start:** 12/11/1997 | **End:** | |
| **\* Name:** Gutierrez-Naranjo, Carlos | | |
| **\* Address:** Isleta Marina Tower 11, Apt. 3F | | |
| **\* City:** Fajardo | **State:** PR|Puerto Rico | **Zip:** ( |
| **\* Country:** USA|United States of America | | **Phone:** |
| **Contact Name:** | | |
| **Contact Title:** | **Contact Phone:** | |
| **\* Party Type(s):** Owner<br>Seized From | **\* Party Identified Date:** 12/11/1997<br>**Seizure Date:** 12/11/1997<br>**Notice Due Date:**<br>**Claim Deadline Date:** 03/21/1998<br>**\* Notice Status:** Unable to Notice-Other | |
| | **Address Entry Date:** | |

### Quick Release Information

| | | |
|---|---|---|
| **\* Quick Release Recipient:** ○ Yes ● No | **Quick Release Date:** | **Expense Reimbursed Amo** |

### Other Party Information and Comments

**SSN/TIN:**
**Language:**
**Party Comments:**

(252 character limit)

GOVERNMENT EXHIBIT 2



U.S. Department of Justice

Federal Bureau of Investigation

98-FBI-000613

DECLARATION OF ADMINISTRATIVE FORFEITURE

Washington, D.C. 20535

Seizure No. 3800-98-F-0051
FBI Case No. 245B-SJ-33507

On December 11, 1997, the property described below was taken into custody by the Federal Bureau of Investigation for civil forfeiture at FAJARDO, PR, pursuant to Title 21, United States Code (U.S.C.), Section 881. The initial seizure of the property by the Federal Bureau of Investigation occurred on December 11, 1997, at FAJARDO, PR. Notice of this action was sent to all known parties, by certified mail, who may have a legal or possessory interest in the property. Notice of this action was published once a week for three successive weeks in the NEW YORK TIMES, NEW YORK, NY, in accordance with 19 U.S.C. Section 1607.

(Description of Property)

1992 APACHE MOTORBOAT
VIN NUMBER: APH21019F292
Appraised Value $ 12280.00

As of the date of execution of this form, a petition for remission or mitigation of forfeiture for this property has not been received. No claim was filed in a timely manner as required by law to contest this action, nor was any claim pursued which would otherwise require cessation of this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 19 U.S.C. Section 1609, free and clear of any liens and encumbrances, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court.

6/16/99
_____
Date

_____
Property Management Officer
Federal Bureau of Investigation
United States Department of Justice

GOVERNMENT
EXHIBIT
3

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

## DECLARATION OF ADMINISTRATIVE FORFEITURE

------------------------------------------

Seizure No. 3800-1998-F-0050
FBI Case No. 245B-SJ-33507

On December 11, 1997, the property described below was taken into custody by the Federal Bureau of Investigation for civil forfeiture at FAJARDO, PR, pursuant to Title 21, United States Code (U.S.C.), Section 881. The initial seizure of the property by the Federal Bureau of Investigation occurred on December 11, 1997, at FAJARDO, PR. Notice of this action was sent to all known parties, by certified mail, who may have a legal or possessory interest in the property. Notice of this action was published once a week for three successive weeks in the NEW YORK TIMES, NEW YORK, NY, in accordance with 19 U.S.C. Section 1607.

(Description of Property)

1988 BAYLINER MOTORBOAT
VIN NUMBER: BLZBO35BH788
Appraised Value $ 9960.00

As of the date of execution of this form, a petition for remission or mitigation of forfeiture for this property has not been received. No claim was filed in a timely manner as required by law to contest this action, nor was any claim pursued which would otherwise require cessation of this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 19 U.S.C. Section 1609, free and clear of any liens and encumbrances, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court.

6/16/99

Date

Property Management Officer
Federal Bureau of Investigation
United States Department of Justice

OK to sell
per SSA Casey
1-13-03

GOVERNMENT EXHIBIT 4