# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CARLOS GUTIERREZ-NARANJO,<br><br>   Defendant. | CRIMINAL NO.  97-271 (GAG) |

ORDER

This Magistrate Judge disqualifies himself from any further proceedings in this case.  See 28 U.S.C. §455(a).  The matter is referred to the Clerk's Office to be assigned to another Magistrate Judge.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2ND day of July, 2007.

                                        s/ Marcos E. López
                                        MARCOS E. LÓPEZ
                                        UNITED STATES MAGISTRATE JUDGE