RECEIVED
2007 JUL 17 PM 2:27
CLERK'S OFFICE
S. DISTRICT COURT
SAN JUAN P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
----------------------------------x
CARLOS GUTIERREZ NARANJO,                    PLAINTIFF DEMAND TRIAL
                                             BY JURY
            Plaintiff,

      v.                                     CIVIL ACTION NO. 97-271
                                                              (YAY)
BANCO POPULAR DE PUERTO RICO,
FEDERAL BUREAU OF INVESTIGATION
(F.B.I), AND THE UNITED STATES
OF AMERICA,

            Defendants,                      COMPLAINT:

----------------------------------x

INTRODUCTION:

   1) All all time, plaintiff is a citizen of the state of New Jersey, residing at FCI Fort Dix, NJ.

   2) Defendant, Banco Popular de Puerto Rico, is a financial institution in the banking business, operating under the laws and regulations of Puerto Rico and insured by the FDIC, with a business location at Fajardo Mall Branch, Carretera No. 3 Km 43, Fajardo, Puerto Rico 00938.

   Defendant, the Federal Bureau of Investigation (FBI) is a federal agency under the the United States Justice Department.

   Defendant, United States of America is a sovereign nation.

JURISDICTION:

   The district court has jurisdiction pursuant to Rule 41(g) 18 U.S.C.; 28 U.S.C. F.R.Civ. P. §1331; §1361; §2672; §1332. §1346; §983(e).

COMPLAINT:

4) On or about December 11, 1997, the FBI seized the plaintiff' property which included an apache motorboat, worth $30,000; a Bayliner motorboat, worth $50,000, and a 42.30ft trailer, worth $7,000.

5) The plaintiff did not receive notices allegedly filed by the FBI, because plaintiff was a fugitive who did not have a fixed address at that time.

6) In the year 1996-1997, plaintiff operated the following banking accounts with Banco Popular de Puerto Rico; a checking account with a balance of between $35,000-$40,000, and savings accounts with a balance of about $5,000 or more; and a bank card account with a balance of about $5,000.

7) The plaintiff recently contacted the Bank requesting for the balance of his monetary deposits that he last operated in 1997. The defendant Bank was directed release the funds but no reply was received on the request.

8) At a third party telephone contact, the defendant Bank staff informed the plaintiff that the government is in possession of the monetary balance plaintiff left with the Bank in 1997.

9) Therefore, the plaintiff request the return of his property items which included the monetary balance in the Bank with defendant, Banco Popular de P.R.; apache motorboat, Bayliner motorboat, 42ft trailer and any other property in possession of the named defendants.

3

Wherefore, plaintiff demands the following relief;

10) Return of his apache and Bayliner motorboats and 42ft trailer or the equivalent values estimated at $87,000.

11) The return or release of his monetary funds on deposits with defendant Banco Popular de P.R., estimated at about $50,000 or more.

12) Compensatory damages from defendant Banco Popular de P.R. for the amount of $250,000.

13) Emotional damages from defendant Banco Popular de P.R. in the amount of $250,000.

14) And any other compensatory damages deem appropriate by the court.

*Carlos Gutierrez-Naranjo*
Carlos Gutierrez-Naranjo
#31804-039
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640.

July 7, 2007.

DECLARATION:

STATE OF NEW JERSEY
COUNTY BURLINGTON:

I certify under penalty of perjury that the statements contained herewith is true and correct. §1746 28 United States Code.

*Carlos Gutierrez-Naranjo*
Carlos Gutierrez-Naranjo