

RECEIVED & FILED
2007 JUL 16 3:08
CLERK'S OFFICE
U.S.
SAN JUAN

Carlos Gutierrez-Naranjo
Reg. No. 31804-039
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640-0902

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767

JUL 11 2007