IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GUTIERREZ-NARANJO<br>Defendant. | CRIM. No. 97-271 (GAG) |

## UNITED STATES OF AMERICA'S MOTION SUBMITTING EXHIBITS

COMES NOW, the United States of America, by and through its undersigned attorneys, and very respectfully states and prays as follows:

The present motion is filed to submit the Exhibits to the motion Response in Opposition to Motion for Return of Property filed by the United States (Docket# 1145).

The United States hereby submits Exhibits:

Exhibit One, Notice sent to defendant to his last known address by certified mail, and return receipt requested, to his address at Isleta Marina Tower II, Apt. 3-F Fajardo, Puerto Rico 00648.

Exhibits Two and Three, Declaration of Administrative Forfeiture.

WHEREFORE, the United States of America respectfully requests that this Honorable Court receives and incorporates Exhibits One, Two and Three, to the motion filed by the United States, (Docket 1145) in Opposition to Defendant's Request for Return of Personal Property.

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which automatically sends copies to all appearing parties, and by regular mail to Carlos Gutierrez-Naranjo #31804-039 FCI Fort Dix PO Box 2000 Fort Dix, NJ. 08640 Bldg. 5751E.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of September, 2007.

        ROSA EMILIA RODRIGUEZ-VELEZ
        United States Attorney

        *s/Maritza González-Rivera*
        Maritza González -Rivera
        U.S.D.C.P.R.  No.208801
        Assistant U.S. Attorney
        Torre Chardon Suite 1201
        Carlos Chardón Avenue
        Hato Rey, Puerto Rico 00918