JUL-20-2007 01:02    787 765 5648    P.03

eau of Investigation

DC 20044-0005

Use $300





P 969 243 561

MAIL

RETURN RECEIPT REQUESTED
SJ 3800-98-F-0087
MR. CARLOS GUTIERREZ-NARANJO
ISLETA MARINA TOWER II APT 3F
FAJARDO, PR 00638



1st NOTICE 5-12-98
2nd NOTICE 5-31-98
RETURN MAY 1998

...CERTIFIED RETURN MA

GOVERNMENT EXHIBIT 1

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

DECLARATION OF ADMINISTRATIVE FORFEITURE
-------------------------------------------

Seizure No. 3800-1998-F-0087
FBI Case No. 245B-SJ-33507

On April 02, 1998, the property described below was taken into custody by the Federal Bureau of Investigation for civil forfeiture at SAN JUAN, PR, pursuant to Title 21, United States Code (U.S.C.), Section 881. The initial seizure of the property by the Federal Bureau of Investigation occurred on April 02, 1998, at SAN JUAN, PR. Notice of this action was sent to all known parties, by certified mail, who may have a legal or possessory interest in the property. Notice of this action was published once a week for three successive weeks in the NEW YORK TIMES, NEW YORK, NY, in accordance with 19 U.S.C. Section 1607.

(Description of Property)

$6,063.00 FROM CHECKING ACCOUNT #011066514

As of the date of execution of this form, a petition for remission or mitigation of forfeiture for this property has not been received. No claim was filed in a timely manner as required by law to contest this action, nor was any claim pursued which would otherwise require cessation of this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 19 U.S.C. Section 1609, free and clear of any liens and encumbrances, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court.

Date 10/1/99

Property Management Officer
Federal Bureau of Investigation
United States Department of Justice

GOVERNMENT EXHIBIT 2



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20535

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Seizure No.   3800-1998-F-0048
FBI Case No.  245B-SJ-33507

On December 19, 1997, the property described below was taken into custody by the Federal Bureau of Investigation for civil forfeiture at SAN JUAN, PR, pursuant to Title 21, United States Code (U.S.C.), Section 881. The initial seizure of the property by the Federal Bureau of Investigation occurred on December 19, 1997, at SAN JUAN, PR. Notice of this action was sent to all known parties, by certified mail, who may have a legal or possessory interest in the property. Notice of this action was published once a week for three successive weeks in the NEW YORK TIMES, NEW YORK, NY, in accordance with 19 U.S.C. Section 1607.

(Description of Property)

$21,255.90 FROM CHECKING ACCOUNT #011066514 IN THE NAME OF CARLOS GUTIERREZ-NARANJO

As of the date of execution of this form, a petition for remission or mitigation of forfeiture for this property has not been received. No claim was filed in a timely manner as required by law to contest this action, nor was any claim pursued which would otherwise require cessation of this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 19 U.S.C. Section 1609, free and clear of any liens and encumbrances, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court.

3/2/00
Date

_____
Property Management Officer
Federal Bureau of Investigation
United States Department of Justice

**GOVERNMENT EXHIBIT 3**