INMATE NAME: Carlos Gutierrez Marcos

REGISTER NO.: 3/804-034

HOUSING UNIT:

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 2000

FORT DIX, NJ 08640 -

"LEGAL MAIL"

CERTIFIED MAIL

7006 2760 0000 3040 7871

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
UNITED STATES COURTHOUSE
OFFICE OF THE CLERK
350 CHARDON STREET
HATO REY PUERTO RICO 00918





