# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

BEFORE HONORABLE MAGISTRATE CAMILLE L. VELEZ-RIVE

COURTROOM DEPUTY: Yelitza Rivera-Buonomo     DATE:  May 30, 2008

COURT REPORTER: FTR                          CASE NO. 97-271(GAG)

==================================================================

| UNITED STATES OF AMERICA | Attorneys:<br>Maritza Gonzalez |
|---|---|
| Plaintiff | |
| v. | |
| 1-CARLOS GUTIERREZ-NARANJO | |
| Defendant | |

==================================================================

CASE called for **Order to Show Cause**.

AUSA Gonzalez stated for the record that the trailer claimed by defendant was never seized and that defendant has not provided any evidence of seizure. She also stated that the Government had failed to timely raise this point, asked for lenience of the Court, but that defendant had been fugitive from 1997 until 2003 and then he had failed to raise the issue; therefore he had relinquished all his rights to the so called trailer.

The Court gave the Government 10 working days to file in writing it's position, and then give time for defendant to reply to the Government's motion. After reviewing both the Government's and defendant's position on this issue, the Court will then decide whether to hold a hearing or not. In case the Court decides to hold a hearing, then time will be given to the USM to transport defendant to the District of Puerto Rico.

                                        S/ Yelitza Rivera-Buonomo
                                             Deputy Clerk