July 16, 2008.

Honorable Camille L. Velez-Rive
United States  Magistrate Judge
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767.

                    Re: U.S. v. Carlos Gutierrez-Naranjo
                        Case No. 97-271 (GAG)

Dear Honorable Velez-Rive:

      Please, accept this letter motion as a notification, inform-
ing the court that the government has failed to comply with
this court order entered on June 9, 2008, directing the deposit-
ion of the funds from the sale of the two trailers within 20days
from the date of the order into the defendant's prison commissary
account. The defendant has not received the funds nor a notice
for enlargement of time to do so. The 20 days directive expired
on June 30, 2008.
      Therefore, the defendant request this Honorable court to
impose sanctions for the deliberate floating of it's order by
way of a monetary payment inaddition to the funds, to deter
future conduct of this nature.

                              Respectfully Submitted,


                              *Carlos Gutierrez Naranjo*
                              Carlos Gutierrez-Naranjo
                              #31804-039
                              FCI Fort Dix
                              P.O.Box 2000
                              Fort Dix, NJ 08640.

CC: Maritza Gonzalez-Rivera, AUSA

    Honorable Gustavo A. Gelpi, Judge

    Clerk's Office