March 28, 2008.

Maritza Gonzalez-Rivera
Assistant United States Attorney
Torre Chardon, Suite
350 Chardon Street
Hato Rey, PR 00918.

      Re: U.S. v. Carlos Gutierrez Naranjo:
        Civil No. 97-271(GAG)

Dear Ms. Gonzalez-Rivera:

  On or about February 4, 2008, I received a copy of the court order of judgment regarding the property items in the government's possession. The order has directed the return of my trailer worth $7,000. I am writing to request for a possible arrangements to have the trailer delivered to my designated representative or in the alternative, to ask that a check for the amount of $7,000, be deposited into my prison commissary account at:
    Federal Bureau of Prisons
    Carlos Gutierrez Naranjo
    Reg. No. 31804-039
    P.O.Box 474701
    Des Moines, Iowa 50947-0001.

Please, could you respond to my request within the next 30 days from the date of this notice so that this matter could be resolved without further delay and litigation. Thank you for co-operation.

            Very Truly Yours,

            *Carlos Gutierrez Naranjo* (signature)
            Carlos Gutierrez Naranjo
            #31804-039
            FCI Fort Dix
            P.O.Box 2000
            Fort Dix, NJ 08640.



Exh. 1