July 16, 2008.

Honorable Camille L. Velez-Rive
United States Magistrate Judge
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767.

Re: <u>U.S. v. Carlos Gutierrez-Naranjo</u>
Case No. 97-271 (GAG)

Dear Honorable Velez-Rive:

Please, accept this letter motion as a notification, informing the court that the government has failed to comply with this court order entered on June 9, 2008, directing the deposition of the funds from the sale of the two trailers within 20 days from the date of the order into the defendant's prison commissary account. The defendant has not received the funds nor a notice for enlargement of time to do so. The 20 days directive expired on June 30, 2008.

Therefore, the defendant request this Honorable court to impose sanctions for the deliberate floating of it's order by way of a monetary payment inaddition to the funds, to deter future conduct of this nature.

Respectfully Submitted,

Carlos Gutierrez-Naranjo
#31804-039
FCI Fort Dix
P.O.Box 2000
Fort Dix, NJ 08640.

CC: Maritza Gonzalez-Rivera, AUSA

Honorable Gustavo A. Gelpi, Judge

Clerk's Office



Exh. 2