United States District Court
District of Puerto Rico
----------------------------------x

United States Of America,

      v.                           A F F I D A V I T

Carlos Gutierrez-Naranjo,

----------------------------------x

State Of New Jersey

County Of Burlington:

RECEIVED & FILED
2008 SEP -8 PM 3:18
CLERK'S OFFICE

    I Carlos Gutierrez-Naranjo, hereby swore under the penalty of perjury that the statements contains herewith and the attach motion to comply is true and correct. §1746 28 U.S.C.

    That, I am the named defendant in the above case.
    That the copy of my current inmate financial statement of account is hereby attach in support of my motion to comply/mandamus, that supports the claim that the check has not been deposited by the government in my prison commissary account. (attach as App. A, six months inmate financial account).

                                          *Carlos Gutierrez* (signature)
                                          Carlos Gutierrez-Naranjo

EXECUTED AND SWORN TO ON THIS 29 DAY OF AUGUST, 2008

    BEFORE ME,

                                          TRACE B. SIMMS
                                          NOTARY PUBLIC OF NEW JERSEY
                                          Commission Expires 5/26/2011

Sworn to and subscribed
before me this
29 day of Aug 2008