

Carlos Lutorphane[?]
#31804-039
P.O. Box 2000
Fort Dix N.J 08640

United States District Court
District Of Puerto Rico
Office of the Clerk
United States Courthouse and Federal
Building Room 150
San Juan PR 00918-1767.

"Legal Mail"