IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | CRIM. NO. 97-271 (HL) |
| **CARLOS GUITIERREZ-NARANJO** | |
| **Defendant.** | |

## UNITED STATES OF AMERICA'S MOTION IN COMPLIANCE WITH ORDER TO SHOW CAUSE

TO THE HONORABLE COURT:

The United States of America , by its undersigned counsel, in compliance with this Court's order to show cause, respectfully submits,

1. That the United States Marshals Service (USMS) has conducted an appraisal on the trailers subject to defendant's request for return of property. That the appraised value for 1998, for the two trailers seized by the USMS is, $874.00 and $660.00.

2. That on this date the USMS certified that the process for the issuance of two checks for the aforementioned amounts was initiated.

3. That payment usually takes from fifteen to twenty days, from the date of request, therefore, claimant/defendant Gutierrez Naranjo should be receiving it on or about October 6, 2008.

WHEREFORE, the United States respectfully requests that the Court takes notice of the aforementioned and considers the above in compliance of the order to show cause.

Respectfully submitted in San Juan, Puerto Rico, this 15th day of September , 2008

ROSA EMILIA RODRIGUEZ-VELEZ

United States Attorney

/s M Gonzalez

Maritza González-Rivera

Assistant United States Attorney

U.S.D.C.-P.R. 208801

Torre Chardón, Suite 1201

350 Carlos Chardón Street

Hato Rey, PR 00912

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notice of filing to the following to all appearing parties.

/s M Gonzalez

Maritza Gonzalez Rivera

U.S.D.C.- P.R. 208801

Assistant, United States Attorney